UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Defendant. | Case No. 22-cv-03680-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SCHEDULING TRIAL AND PRETRIAL MATTERS**<br><br>Re: Dkt. No. 20 |

The Court has received and considered the parties' joint case management conference statement, and it VACATES the case management conference scheduled for September 23, 2022. IT IS HEREBY ORDERED that the Case Management Statement is adopted, except as expressly modified by this Order.

It is further ORDERED that:

**A.    DATES**

Bench Trial Date: Monday, December 4, 2023, at 8:00 a.m., 3-5 days

Pretrial Conference:  Monday, November 20, 2023, at 2:00 p.m.

**The parties shall review this Court's guidelines for civil bench trials for pretrial filing deadlines and requirements.**

Last Day to Hear Dispositive Motions:  Friday, August 25, 2023, 9:00 A.M.

**Because the parties intend to file cross-motions for summary judgment, they shall follow a four brief format, with Plaintiff filing opening motion.  Defendant's opposition and cross-motion shall be filed three weeks after Plaintiff's motion.  Plaintiff's opposition and reply shall be filed two weeks after Defendant files its cross-motion.  Defendant's reply shall be filed one week after Plaintiff's reply.  The parties shall ensure there are three weeks**

**between the final reply and the hearing date.**

Last Day for Expert Discovery:  June 23, 2023

Last Day for Rebuttal Expert Disclosure/Reports:  June 2, 2023

Last Day for Expert Disclosure/Reports:  May 12, 2023

Close of Non-expert Discovery:  April 14, 2023

### B.  DISCOVERY

The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

### C.  ALTERNATIVE DISPUTE RESOLUTION

The Court will not require the parties to engage in ADR at this time.  It reserves the right to revisit this issue as the case proceeds.

### D.  PROCEDURE FOR AMENDING THIS ORDER

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 upon a showing of very good cause.  A motion may take the form of a stipulation and proposed order pursuant to Civil L.R. 7-1(a)(5) and Civil L.R. 7-12, but the parties may not modify the pretrial schedule by stipulation without a Court order.  If the modification sought is an extension of a deadline contained herein, the motion must be brought <u>before</u> expiration of that deadline.  A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order.

//

//

Additionally, briefing schedules that are specifically set by the Court may not be altered by stipulation without a Court order; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated: September 19, 2022

_____
JEFFREY S. WHITE
United States District Judge